IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 3:19 CR 174 |
| v. | : JUDGE |
| TURHAN JESSAMY,<br>            Defendant | : FILED VIA ECF |

FILED
SCRANTON
JUN 04 2019
PER
DEPUTY CLERK

INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1
18 U.S.C. §113(a)(3)
(Assault within Maritime and Territorial Jurisdiction)

On or about July 25, 2018, in Wayne County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**TURHAN JESSAMY,**

at a place within the special maritime and territorial jurisdiction of the United States, namely United States Penitentiary, Canaan, a Federal correctional, detention, and penal facility, on land acquired for the use of the United States and under its concurrent jurisdiction, did assault another person, T.K., with a dangerous weapon and with intent to do bodily harm, by cutting T.K. with a sharpened piece of metal and plastic commonly referred to as a "shank."

In violation of Title 18, United States Code, Sections 7(3) and 113(a)(3).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**18 U.S.C. §1791(a)(2)**
(Possessing Contraband in Prison)

On or about July 25, 2018, in Wayne County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**TURHAN JESSAMY,**

being an inmate of the United States Penitentiary, did knowingly possess a prohibited object, specifically, a sharpened piece of metal and plastic, commonly referred to as a "shank," that was designed and intended to be used as a weapon.

In violation of Title 18, United States Code, Section 1791(a)(2) and (b)(3).

A TRUE BILL

6/4/19
DATE

DAVID J. FREED
UNITED STATES ATTORNEY

6/4/19
DATE

BY: _____
ALISAN V. MARTIN
ASSISTANT U.S. ATTORNEY