# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :     CRIMINAL NO. 3:19-174 |
| TURHAN JESSAMY | :     (JUDGE MANNION) |
| Defendant | : |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) Jessamy's motion *in limine*, (Doc. 27), is **GRANTED in part** and **DENIED in part**;

(2) The motion is **GRANTED** insofar as the government will not be permitted to impeach Jessamy with his reckless endangerment conviction;

(3) The motion is **DENIED** insofar as the government will be permitted to impeach Jessamy with his discharging a firearm offense; and

(4) Jessamy's motion for proposed venire video, (Doc. 29), is **DENIED.**

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: June 1, 2020**
19-174-01-ORDER